934

No. 97–431. SELF v. AUBURN STEEL CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–469. PLATEK ET AL. v. DUQUESNE CLUB. C. A. 3d Cir. Certiorari denied.

No. 97–473. GILL ET AL. v. RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–481. SHILDMYER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–487. GERACI ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–493. WILKERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–494. KIEPFER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–495. BLACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–497. CRAWFORD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–507. BRACKETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–525. CASTLEBERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5033. BARTON v. NORROD ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5253. BORNKESSEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5393. RADVON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5546. WILLIAMS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–5621. SLAGEL v. SHELL PETROLEUM, INC., ET AL. C. A. 7th Cir. Certiorari denied.